RECEIVED
Mar 11, 2008
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. District Court
Northern District of Illinois

Timothy Doyle Young

vs.

Bureau of Prisons

08CV1450
JUDGE KENNELLY
MAG. JUDGE COX

## Civil Complaint

① The BOP has withheld "certified inmate account statements" from me since May 2007 causing the dismissal of #07-C-6566 and #08-1379.

② This violates 5 USC §552; 5 USC §552a; 28 USC §1915; the First and Fifth Amendments.

③ The attached affidavit lists all of the facts that I believe are relevant.

## Jurisdiction

④ This Court has jurisdiction under:

ONE

A) 5 USC §552(a)(4)(B).
B) 5 USC §552a(g)(1)(A-D).
C) 5 USC §§701 et seq.
D) 28 USC §1915.
E) 28 USC §1331.
F) 28 USC §1361.
G) 28 USC §2202.
H) 18 USC §3626.
I) F.R.Civ.P. #65.

## Relief

a) I request an immediate Preliminary or Prohibitory Injunction against the BOP forcing compliance with A-D above under threat of contempt or sanctions to prevent further harm.

b) I request a vacatur of the #07-C-6566 dismissal because of the Defendant's misconduct (28 USC §2106).

c) Declaration of First Amendment denial of access to the Court.

d) Declaration of Fifth Amendment denial of Due Process.

e) Declaration of First Amendment

Two

retaliation.
f) Nominal damages.
g) All costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2008.

T.Y.
Pro Se

Timothy Doyle Young
#60012-001
USP - Max - ADX
PO Box 8500
Florence, CO
81226

"Legal Mail -
Open only in
presence of inmate."

Three

## Affidavit

"On or about 3-30-07 the BOP changed established procedures for obtaining certified inmate account statements without notice or reason, and in retaliation for my First Amendment activity (see #06-ZLW-1253, USDC-Denver).

The change is in violation of 5 USC §§ 701 et seq and Turner v. Safley, 482 US 78.

On 4-11-07 the BOP falsified a grievance response concerning the change of procedures stating: "Your Unit Team can not access this information." This is a false statement of material fact, I had been receiving "this information" from the Unit Team for three years and this is easily proven from BOP documents.

On 7-25-07 the BOP falsified a grievance response to state that I was receiving certified inmate account statements. I have a sworn declaration from the prison's Senior

Aff. - One

Attorney proving this is false. Counselor Madison also failed to informally resolve this grievance by providing a certified inmate account statement required by FLM 1330.13 (s)(C-D).

On 9-19-07, the BOP issued it's final position on a <u>third</u> grievance concerning account statements stating:

'Bureau Staff are neither obligated nor compelled to ensure you meet or achieve your legal obligations or objectives.' (#450105-A2).

This grievance also failed to produce an account statement.

In Sept. and Oct. 2007 Counselor Madison refused to give me a BP9 form to file a fourth grievance on this issue. The Counselor does not have discretion to refuse grievance forms (See 28 CFR 542.13(b), P.S. 1330-13, and FLM 1330.13 (s)(A-B)).

On Wed. Nov. 14, 2007 at 0700 hours and Friday Dec. 14, 2007 at

Aff. - Two

0645 hours Counselor Madison refused to fill out "Financial Declaration" forms and certify it or issue an account statement.

On 11-29-07 through 12-4-07, I submitted five proper requests for the Program Statement concerning certified inmate account statements (FLM 2000.02), but they were denied without reason in violation of 5 USC §552(a)(2)(B), 28 CFR 543.43, PS1351.05 (12)(15), and the First Amendment. This document is not in the legal library or anywhere else. The withholding of this information is directly impeding my access to the Court and in preparing documents for this case.

## Summary

All of the above caused the dismissal of #07-C-6566 and it's appeal #08-1379.

The underlying case is valid,

Aff. - Three

the BOP started destroying my letters to the media after I received a letter from CBS "60 Minutes" (5-24-07) stating the intent to interview me. The BOP destroyed the letters and postage without notice, Due Process, and in violation of 18 USC §§1701 et seq.

I have a protected property interest in certified inmate account statements because of 28 USC §1915, 5 USC §552, the First and Fifth Amendments, etc.

I have submitted numerous requests for account statements that were in the proper form, method, and that were previously accepted but the BOP has failed to comply since May 23, 2007."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2008.

Ti Y_____
Pro Se

Aff. - Four