# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1450 | **DATE** | May 1, 2008 |
| **CASE TITLE** | Timothy Doyle Young (#60012-001) vs. U.S. Bureau of Prisons | | |

**DOCKET ENTRY TEXT:**

By Minute Order of March 19, 2008, the Court granted Plaintiff thirty days in which to: (1) either file an *in forma pauperis* application with the supporting information required by 28 U.S.C. § 1915(a)(2) or pay the full $350 filing fee; and (2) either submit an amended complaint (plus a judge's copy and service copies), if Plaintiff was intending to bring a civil rights action under 28 U.S.C. § 1331, or, in the alternative, to clarify that he was suing the Bureau of Prisons under the Federal Tort Claims Act, 28 U.S.C. § 2671. Plaintiff was forewarned that failure to comply within thirty days would result in summary dismissal of this case. Nevertheless, over thirty days have elapsed and Plaintiff has not responded to the Court's order. Accordingly, the Clerk is directed to enter judgment dismissing the case.

■ **[Docketing to mail notices.]**

mjm