# United States District Court
## Northern District of Illinois
### Eastern Division

Timothy Doyle Young            **JUDGMENT IN A CIVIL CASE**

       v.                           Case Number: 08 C 1450

U.S. Bureau of Prisons

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismiss for plaintiff Timothy Doyle Young failure to comply with the court's minute order of March 19, 2008.

Michael W. Dobbins, Clerk of Court

Date: 5/1/2008                              _____

                                               /s/ Sandra L. Brooks, Deputy Clerk